UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant, <br> v. <br><br> J.P. MORGAN CHASE BANK NA, <br><br> Garnishee-Defendant. | CASE NO. 2:24-mc-00001-TL <br><br> ORDER ON APPLICATION FOR WRIT OF GARNISHMENT |

This matter is before the Court on Plaintiff Northwest Administrators, Inc.'s Application for Writ of Garnishment. Dkt. No. 1. Plaintiff seeks a writ of garnishment for personal property or effects belonging to Defendant/Judgment Debtor CY Expo LLC that may be in the possession or control of Garnishee J.P. Morgan Chase Bank NA. *Id.* at 2.

The proposed writ instructs Garnishee "to answer this Writ by filling in the attached form according to the instructions in this Writ" and returning the form within 20 days. Dkt. No. 1-2 at 2. However, there is no such form attached to Plaintiff's application. This may not be the only shortcoming in Plaintiff's application, but the Court need not scour the record any further. Therefore, the application is DENIED without prejudice to renew.

ORDER ON APPLICATION
FOR WRIT OF GARNISHMENT - 1

The Court notes that Plaintiff has a recent history of submitting to this District multiple applications for writs of garnishment that were denied for a variety of avoidable errors. This history includes the following matters:

- *Nw. Adm'rs, Inc. v. Ross Island Sand & Gravel Co.*, No. MC21-20, Dkt. No. 2 (W.D. Wash. Feb. 26, 2021) (Order denying writ where application submitted before expiration of stay of execution under Federal Rule of Civil Procedure 62(a))

- *Nw. Adm'rs, Inc. v. KCD Trucking, Inc.*, No. MC22-76, Dkt. No. 2 (W.D. Wash. Oct. 4, 2022) (same)

- *Nw. Adm'rs, Inc. v. O-CO Concrete Constr. LLC*, No. MC22-77, Dkt. No. 2 (W.D. Wash. Oct. 4, 2022) (same)

- *Nw. Adm'rs, Inc. v. KCD Trucking, Inc.*, No. MC22-98, Dkt. Nos. 11–12 (W.D. Wash. Feb. 13 & 20, 2023) (Order to Show Cause and Response regarding misrepresentation of the judgment amount to the garnishee-defendant)

- *Nw. Adm'rs, Inc. v. KCD Trucking, Inc.*, No. MC23-06, Dkt. No. 2, 4, 6 (W.D. Wash. Feb. 8, 23 & Mar. 14, 2023) (Orders denying writs for requesting attorney fees above the statutory limit, failing to provide required information, and containing deficient language)

- *Nw. Adm'rs, Inc. v. DHD Trucking, LLC*, No. MC23-33, Dkt. No. 2 (W.D. Wash. Apr. 14, 2023) (Order denying writ for error in judgment amount)

- *Nw. Adm'rs, Inc. v. CY Expo LLC*, No. MC23-51, Dkt. No. 2 (W.D. Wash. July 6, 2023) (Order denying writ for containing deficient language and missing the answer form as in this case)

On at least two occasions, Plaintiff's Counsel, Reid, Ballew, Leahy & Holland, LLP,[1] has been sanctioned for application errors, including at least one occasion for the exact same error as in

---

[1] The signature block of the writ application reflects the firm name as "Reid, McCarthy, Ballew & Leahy, L.L.P" (Dkt. No. 1 at 3) but the application footer, the ECF docket page, and the firm's website all reflect a name change to "Reid, Ballew, Leahy & Holland, L.L.P." *See* https://perma.cc/89TA-2PVM (last visited Jan. 15, 2024).

ORDER ON APPLICATION
FOR WRIT OF GARNISHMENT - 2

this matter. *See KCD Trucking*, No. MC22-98, Dkt. No. 14 at 2 (W.D. Wash. Feb. 24, 2023) ($25 fine); *CY Expo LLC*, No. MC23-51, Dkt. No. 2 at 3 (W.D. Wash. July 6, 2023) ($100 fine).

The Court will again sanction Plaintiff's Counsel for their continued errors that unnecessarily waste court resources by multiplying the number of pleadings and orders needed to resolve their cases. LCR 11(c). The Court warns Counsel to take more care before any future filings. The Court further advises that Counsel may be subject to additional and increasing sanctions if the Court continues to receive applications with avoidable errors that cost the Court and its staff time and resources.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's Application for Writ of Garnishment is DENIED without prejudice.

(2) Plaintiff SHALL file an amended application **within ten (10) days** of this Order. Absent a timely amended application, the Court will direct the Clerk to close the case.

(3) Plaintiff's Counsel, Reid Ballew Leahy & Holland LLP, is SANCTIONED in the amount of $250. Counsel SHALL issue a $250 check payable to the Clerk of Court **within ten (10) days** of the date of this Order.

(4) Plaintiff's Counsel SHALL provide a copy of this Order to their client.

(5) Plaintiff's Counsel SHALL file a certification of compliance with paragraphs (3) and (4) of this Order **within ten (10) days** of the date of this Order.

Dated this 16th day of January 2024.

Tana Lin
United States District Judge

ORDER ON APPLICATION
FOR WRIT OF GARNISHMENT - 3