THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant, <br><br> v. <br><br> J.P. MORGAN CHASE BANK NA, <br><br> Garnishee-Defendant | NO.   2:24-mc-00001-TL <br><br> ORDER TO ISSUE SECOND AMENDED WRIT OF GARNISHMENT |

THE COURT, having this day reviewed the records and files herein and the Second Amended Application and Second Amended Writ of Garnishment submitted by Attorney for Plaintiff, it is hereby

ORDERED and ADJUDGED that the Second Amended Writ of Garnishment may be issued.

DONE IN OPEN COURT this 29th day of January, 2024.

Tana Lin
United States District Judge