THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br><br> CY EXPO LLC, a Nevada limited liability company, <br><br> Defendant, <br><br> v. <br><br> J.P. MORGAN CHASE BANK NA, <br><br> Garnishee-Defendant. | NO.   2:24-mc-00001-TL <br><br> JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT AND ORDER TO PAY <br><br> *(Clerk's Action Required)* |

I.   JUDGMENT SUMMARY

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Garnishee Judgment Debtor: | CY Expo LLC |
| Garnishee-Defendant: | J.P. Morgan Chase Bank NA |
| Garnishment Judgment Amount: | $5,587.27 |
| Balance on Judgment: | $5,285.64 |
| Costs Judgment Amount (Costs): | $177.00 |
| Costs Judgment Amount (Attorneys' Fees) | $100.00 |
| Interest on Judgment from 12/1/23–1/5/24 | $24.63 (per day rate of interest: $0.704) |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, Ballew, Leahy & Holland, L.L.P. |

JUDGMENT ON ANSWER OF GARNISHEE DEFENDANT
AND ORDER TO PAY – 2:24-mc-00001-TL
Page 1 of 3

## II.     BASIS

IT APPEARING THAT garnishee was indebted to defendant in the nonexempt amount of $5,310.27 ($5,285.64 (judgment) + $24.63 (interest)); that at the time the Writ of Garnishment was issued defendant maintained a financial institution account with garnishee, or garnishee had in its possession or control funds, personal property, or effects of defendant; and that plaintiff has incurred recoverable costs of $177, and attorneys' fees of $100, for a total of $277.00 in costs and attorneys' fees; now, therefore, it is hereby

## III.     ORDER

ORDERED that plaintiff is awarded judgment against garnishee in the amount of $5,310.27; and that plaintiff is also awarded judgment against defendant in the amount of $277.00 for recoverable costs and attorneys' fees, for a total of $5,587.27 ($5,310.27 + $277.00).

Garnishee shall pay its judgment amount to plaintiff's attorney, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney, mailed to the following address:

> Reid, Ballew, Leahy & Holland, L.L.P
> Attention:  Thomas A. Leahy
> 100 West Harrison Street
> North Tower Suite 300
> Seattle WA 98119

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated: April 11, 2024

*[signature]*

Tana Lin
United States District Judge

Court Address:

Clerk, United States District Court
Western District of Washington at Seattle
700 Stewart Street, Suite 2310
Seattle WA 98101

Presented by:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By:   */s/ Thomas A. Leahy*
Thomas A. Leahy, WSBA #26365
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: tom@rmbllaw.com
Attorney for Plaintiff